*Theodore F. Tonkonogy* and *Arthur W. Baily* for appellant.
*John P. McGrath, Corporation Counsel* (*Samuel D. Johnson* and *Seymour B. Quel* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that upon the undisputed facts the defendant did not violate section 272 of the Labor Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ENID HOBBS, Appellant.

Argued October 7, 1948; decided October 21, 1948.

*Philip Segal* and *Samuel Segal* for appellant.

*Frank S. Hogan,* District Attorney (*William Hoppen* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.